

McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554- 2700

FILED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant,<br><br>ONE COMPUTER TOWER, SILVER IN COLOR, LOCATED IN THE EVIDENCE ROOM OF THE UNITED STATES POSTAL INSPECTION SERVICE IN STOCKTON, CALIFORNIA; (2) 4 BLACK COMPUTER FLOPPY DISKS; (3) 1 DANE 256 MG STORAGE DEVICE; (4) 1 TARGES STORAGE DEVICE; (5) 1 WESTERN DIGITAL HARD DRIVE (WM627); AND (6) 1 IBM DESK STAR COMPUTER HARD DRIVE (YHT5H802). | CASE NO. CR.S-07-SW-233 DAD |

Good cause appearing, the Court hereby orders that the United States may have an additional 60 days to complete the search of the computer, disks, and hard drives identified in SW 07-233-DAD.

IT IS SO ORDERED.

DATED: November 21, 2007

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE